## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

**CARLOS H. VILLALOBOS**

**VS.**

**WARDEN WINN CORRECTIONAL
CENTER, ET AL.**

**CIVIL ACTION NO. 26-0309**

**SECTION P**

**JUDGE JERRY EDWARDS, JR.**

**MAG. JUDGE KAYLA D. MCCLUSKY**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered (Doc. 11), together with the written objections thereto filed with this Court (Doc. 12), and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Carlos H. Villalobos's petition is **DENIED** and **DISMISSED WITH PREJUDICE**.

ALEXANDRIA, LOUISIANA, this 13th day of May, 2026.

_____
JERRY EDWARDS, JR.
UNITED STATES DISTRICT JUDGE